## SCHEDULE A

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-2050
Owner: Carlos J. Benavides, *et al*.
Acre: 0.221

**BEING** a 0.221 acre tract (9,627 square feet) parcel of land, more or less, being out of a called 3.017 acre tract, said tract being a portion of Share 23-a, Porcion 66, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, recorded in Document No. 2016-329741, Document No. 2006-25543 and Document No. 2007- 267726, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Heron Ramirez, Uvaldo R. Ramirez, Jose Humberto Ramirez, Jr., Ricardo Javier Ramirez, Artemio Ramirez, The Unknown Heirs of Romeo Ramirez, Jose Ramon Guerra, Xavier Fernando Guerra, Esmeralda Noelia Guerra and Carlos J. Benavides, said 3.017 acre tract described in Document No. 1940-13587, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Jose Guerra Sandoval and wife, Teodora Ramirez, said 0.221 acre tract (9,627 square feet) parcel of land being more particularly described as follows;

**BEGINNING:** at a computed point designated as "RGV-RGC-2018-2=RGV- RGC-2019-5=RGV-RGC-2050-1" having a coordinate value of N=16673495.129, E=792448.375, said point being the northeast corner of said Share 23-a, Porcion 66 and the northeast corner of said Heron Ramirez, et al tract, said point being an angle point on the west line of Share 22-a, Porcion 66, said point being on the west line of a called 3.97 acre tract, recorded in Document No. 1992-162191, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Jose Roberto Guerra and recorded in Document No. 1989-149027, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Ricardo Belmontes, said point being the southern corner of Share 21-b, Porcion 66 and the southern corner of a called

**SCHEDULE C (Cont.)**

1.33 acre tract, recorded in Document No. 1940-13857, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the known and unknown heirs of Natividad Guerra Sandoval and wife, Maria Barrera, said point being the northeast corner of the herein described proposed acquisition tract, said point also being S 86°11'20" W, a distance of 3404.00 feet from United States Corps of Engineers Control Point No. SS07-2019 ("B&F Engineering, Inc." aluminum cap in concrete);

**THENCE:** S 47°00'00" W, departing the north line of said Heron Ramirez, et al tract, north line of said Share 23-a and the south line of said known and unknown heirs of Natividad Guerra Sandoval and wife, Maria Barrera tract, the south line of said 21-b and along the east line of said Heron Ramirez, et al tract, the east line of said Share 23-a, the west line of said Share 22-a and the west line of said Jose Roberto Guerra and Ricardo Belmontes tract, a distance of 37.19 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2019- 4=RGV-RGC-2050-2" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 52°38'25" W, departing the east line of said Heron Ramirez, et al tract, the east line of said Share 23-a, the west line of said Share 22-a and the west line of said Jose Roberto Guerra and Ricardo Belmontes tract and over and across said Heron Ramirez, et al tract, a distance of 157.67 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2049-3=RGV-RGC- 2050-3" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said Heron Ramirez, et al tract and the east line of a called 0.103 acre tract, recorded in Document No. 2016-329741, Document No. 2006-255493 and Document No. 2007-267726, Official Records of Starr County (O.R.S.C.), Texas, conveyed to the known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al, said

## SCHEDULE C (Cont.)

0.103 acre tract described in Document No. 1971-79468, Official Records of Starr County (O.R.S.C.), Texas;

**THENCE:** N 47°00'00" E, along the west line of said Heron Ramirez, et al tract, and the east line of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al, a distance of 86.68 feet to a computed point designated "RGV-RGC-2049-2=RGV-RGC-2050-4" for the northwest corner of the herein described proposed acquisition tract, said point being the northeast corner of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract, said point being on the south line of a called 0.53 acre tract, recorded in Document No. 2016-329741, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Carlos J. Benavides, et al, said point being on the south line of Share 23-b, Porcion 66;

**THENCE:** S 34°33'09" E, along the north line of said Heron Ramirez, et al tract, the north line of Share 23-a, the south line of Carlos J. Benavides, et al tract, the south line of Share 23-b, the south line of said known and unknown heirs of Natividad Guerra Sandoval and wife, Maria Barrera tract and the south line of said Share 21-b, passing at 4.52 feet the southeast corner of said Carlos J. Benavides, et al tract and the southeast corner of Share 21-b, in total a distance of 157.15 feet to the **POINT OF BEGINNING** and containing 0.221 acre tract (9,627 square feet) parcel of land, more or less.

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane coordinate system, south zone grid (SPC 4205) NAD'83. Values may be converted to ground values using a scale factor of 1.000040000.

## SCHEDULE D
MAP or PLAT
LAND TO BE CONDEMNED



## SCHEDULE D (cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-2018-2=RGV-RGC-2019-5=RGV-RGC-2050-1 | 16673495.129 | 792448.375 |
| RGV-RGC-2019-4=RGV-RGC-2050-2 | 16673469.768 | 792421.178 |
| RGV-RGC-2049-3=RGV-RGC-2050-3 | 16673565.445 | 792295.855 |
| RGV-RGC-2049-2=RGV-RGC-2050-4 | 16673624.558 | 792359.246 |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN FEBRUARY 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONESTAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON MARCH 4, 2020 (TICKET NO. 2056447704).

METES & BOUNDS SURVEY
HERON RAMIREZ, ET AL
TRACT No. RGV-RGC-2050
STARR COUNTY  TEXAS

Drawing Ref. No. / SHEET 5 OF 6

Drawn RLS 03/20
Checked DWB 03/20
Surveyor JJB 10/19
Fld.Bk. # 1988B-T6-B5

CONTRACT NO.: W9127S-14-D-0013
T.O.: W9127S19F0075

B&F ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6859
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193942

US Army Corps of Engineers

B&F PROJ. 7-2688-0919   FILE NAME: RGV-RGC-2050   DATE: 4/17/20



**SCHEDULE D (cont.)**



Tract: RGV-RGC-2050
Owner: Carlos J. Benavides, *et al*.
Acreage: 0.221

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-2050
Owner: Carlos J. Benavides, *et al.*
Acre: 0.221

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described in conveyances recorded with Official Records of Starr County, Texas, document numbers 2016-329741, 2006-25543, and 2007-267726, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (cont.)**



## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is EIGHT HUNDRED DOLLARS AND NO/100 ($800.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | References |
|---|---|
| **Carlos J. Benavides**<br><br>McAllen, TX | Jose G. Sandoval Estate<br><br>Affidavit of Heirship;<br>Recorded on 18 April 2006;<br>Document No. 2006-255493<br>Starr County, Texas, Official Deed Records |
| **Jose R. Guerra**<br><br>Houston, TX | |
| **Xavier F. Guerra**<br><br>McAllen, TX | Affidavit of Heirship;<br>Recorded on 13 May 2017;<br>Document No. 2016-329742<br>Starr County, Texas, Official Deed Records |
| **Esmerelda N. Guerra**<br><br>New Braunfels, TX | Affidavit of Heirship;<br>Recorded on 14 January 1986;<br>Document No. 1986-131148<br>Starr County, Texas, Official Deed Records |
| **Ubaldo R. Ramirez**<br><br>Mission, TX | |
| **Jose H. Ramirez, Jr.**<br><br>Dallas, TX | Affidavit of Heirship;<br>Recorded on 13 May 2016;<br>Document No. 2016-329740<br>Starr County, Texas, Official Deed Records |
| **Ricardo J. Ramirez**<br><br>Pharr, TX | Affidavit of Heirship;<br>Recorded on 3 August 2007;<br>Document No. 2007-267726<br>Starr County, Texas, Official Deed Records |
| **Artemio J. Ramirez**<br><br>Alamo, TX | |
| **Ana M. Ramirez**<br><br>Pharr, TX | |

**Carlo A. Ramirez**
▓▓▓▓▓▓▓▓▓▓
Wylie, TX ▓▓

**Jon O. Ramirez**
▓▓▓▓▓▓▓▓▓▓
Pharr, TX ▓▓

**Marco O. Ramirez**
▓▓▓▓▓▓▓▓▓▓
Wylie, TX ▓▓

**Linda Lovato**
▓▓▓▓▓▓▓▓▓▓
Tucson, AZ

**Mary Lovato**
▓▓▓▓▓▓▓▓▓▓
Tucson, AZ

**Anthony L. Lovato, Jr.**
▓▓▓▓▓▓▓▓▓▓
Tucson, AZ

**Anna Lovato**
▓▓▓▓▓▓▓▓▓▓
Tucson, AZ

**Lauren E. Lovato**
▓▓▓▓▓▓▓▓▓▓
Tucson, AZ

**Valerie A. Janusch**
▓▓▓▓▓▓▓▓▓▓
Glendale, AZ

**Maria Elena Ramirez Cavazos**
▓▓▓▓▓▓▓▓▓▓
Alamo, TX

**Roberto L. Ramirez**
▓▓▓▓▓▓▓▓▓▓
Albany, OR

**Jaime Ramirez**
▓▓▓▓▓▓▓▓▓▓
Alamo, TX

## SCHEDULE G (cont.)

**David M. Villareal**
██████████
McAllen, TX ██

**Donald W. Mallory**
██████████
St Louis Park, MN ██

**Dennis R. Ramirez**
██████████
Fort Worth, TX ██

**Sylvia A. Ramirez**
██████████
McAllen, TX ██

**Rene Ramirez**
██████████
Charlotte, NC ██

**Candida Aguilar**
██████████
Pharr, TX ██

**Gilbert J. Ramirez**
██████████
Pharr, TX ██

**Herminia R. Contreras**
██████████
San Juan, TX ██

**Arturo Ramirez**
██████████
San Antonio, TX ██

**Sara R. Garsez**
██████████
Colorado Springs, CO ██

**Blanca E. Ramirez**
██████████
McAllen, TX ██

## SCHEDULE G (cont.)

| | |
|---|---|
| **Gilda Zamora**<br>██████████<br>Houston, TX ██<br><br>**Jorge A. Ramirez**<br>██████<br>Lubbock, TX ██<br><br>**Hector R. Ramirez**<br>██████████<br>Fort Worth, TX ██ | |
| **Ameida Salinas**<br>Starr County Tax Assessor Collector<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | Property Account ID No. 24685 |