United States District Court
Southern District of Texas
**ENTERED**
February 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:21-cv-00004 |
| 0.221 ACRES OF LAND, more or less, § | |
| In STARR COUNTY, TEXAS; MARCOS § | |
| MUNIZ, JR; et al., § | |
| § | |
| Defendants. § | |

## ORDER

The Court now considers the United States' original and amended unopposed motions to continue the parties' upcoming initial pretrial conference and joint discovery/case management plan deadline.[1] The Court **STRIKES** the original motion[2] and considers only the amended motion.[3]

This Court's January 5, 2021 Order for Conference and Disclosure of Interested Parties ordered parties to appear on March 16, 2021, for an initial pretrial and scheduling conference and to file a joint discovery/case management plan at least ten days before the conference.[4] The United States seeks to continue these dates for approximately thirty days in light of President Biden's proclamation ordering "a careful review of all resources appropriated or redirected to construct the southern border wall" and "the development of 'plan for the redirection of funds concerning the southern border wall.'"[5]

---

[1] Dkt. No. 41 & 42.
[2] Dkt. No. 41.
[3] Dkt. No. 42.
[4] Dkt. No. 4.
[5] Dkt. No. 42 at 2–3 (quoting Pres. Proc. No. 10142, 86 Fed. Reg. 7225 (Jan. 27, 2021)).

The Court finds good cause in the request that this eminent domain proceeding be abated while the United States develops its plan concerning the southern international border and associated land use. Accordingly, the Court **GRANTS** the United States' motion[6] and **CONTINUES** the initial pretrial conference previously scheduled for March 16th to **April 13, 2021, at 9:00 a.m.** The Court ORDERS the parties to file a joint discovery/case management plan no later than **April 2, 2021**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 22nd day of February 2021.

                                                                       _____
                                                                          Micaela Alvarez
                                                                   United States District Judge

---

[6] Dkt. No. 42.